# EXHIBIT B

November 27, 2017

144 Fawn Haven Dr
East Peoria, IL 61611

Weltman, Weinberg & Reis Co., LPA
Attorneys at Law
323 W Lakeside Ave. Ste. 200
Cleveland, OH
44113-1009

RE:   Current Creditor: Discover Bank
      Account No.- XXXXXXXXXXXX9640
      WWR File Number 31171159
      $5,553.04

To Whom It May Concern,

In response to the letter I received from your office dated Nov 22, 2017, please consider my letter as "Formal Notice" of the following issues;

I dispute the validity, or any portion, thereof, of the referred alleged debt.

I am requesting that you provide validation of the referred alleged debt.

Failure to provide the identity and address of the original creditor in this notice is in violation of FDCPA [15 USC1692g] s 809(a).

In no uncertain terms, I demand all phone calls shall cease and desist immediately. Continued Harassment by debt collector would constitute a violation of FDCPA [15 USC1692d] s 806(5)

In no uncertain terms, I demand that all communication regarding alleged debt information not be shared with any and all third parties.
FDCPA [15 USC1692c] s 805(b)

If you do not comply with this request, I will immediately file a complaint with the Federal Trade Commission and the Illinois Attorney General's Office, Civil and Criminal claims will be pursued.

Sincerely,

Debbie Lampert