E-FILED
Thursday, 19 September, 2019  06:06:06 PM
Clerk, U.S. District Court, ILCD

# Exhibit A

```
Date: 06/19/18 15:35:33                    Account Printout                        Page 1


   Company WWR Client 495725 Account# 031171159   ClientNm  DISCOVER PRODUCTS INC.
 OrgCrdtr                                         ClntAcnt1 6011208965869640
   Status LHD-Legal - Hearing Date              ClntAcnt2 CL1WEL
     Name LAMPERT, DEBBIE H                     Referred  11/03/17   Referred    5553.04
   Phone1 (309)694-6885   Phone2 (309)472-5150  L/Charge  04/30/17   Received       0.00
   Address 144 FAWN HAVEN DR                    PmtPriRf  05/11/17   Adjusted       0.00
                                                F/Dlqncy  00/00/00   PrincDue    5553.04
     C/S/Zp EAST PEORIA IL 61611-1878           L/Trans   04/25/18   Int 0.0        0.00
                                                L/Letter  04/03/18   Court          0.00
     Name                                       L/WorkDt  05/23/18   Attorney       0.00
   Phone1 (000)000-0000   Phone2 (000)000-0000  N/WorkDt  05/23/18   Other          0.00
   Emplmnt                                      Desk L60  Pty        Misc1          0.00
     Phone (000)000-0000   WrkFlo     Fwd       Category  CPN        Misc2          0.00
     Links    0      0.00                                            JudgInt        0.00
                                                                     TotalRcvd      0.00
                                                                     TotalDue    5553.04



 Addresses:

 A0 LAMPERT, DEBBIE H
    144 FAWN HAVEN DR
    EAST PEORIA IL 61611-1878
    (309)694-6885


 Account Memo:

 STATUS CALL 04/24/201809:30--Hearing202-STATUS OF OPC
 TRIAL 05/17/201814:30--Hearing202-TRIAL


 Work History:

 Date     Time   DOW Uid Description                               Dsk Sts Lse NxtLtr/Wrk
 -------- ----- --- --- ----------------------------------------- --- --- --- ----------
 06/19/18 14:47     SHA Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
 05/23/18 11:26     LGR Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
 05/23/18 10:51     LGR Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
 05/23/18 10:49 Wed LGR Legal Fields Updated
    Legal Case No: 18-SC-137
    Dem Lgl Counter Id: 447657
    Dem Name: LAMPERT, DEBBIE H
    Dismissal Type:  To DMWOP-Dismissed Without Prejudice
    Dismissal Filed Date:  To 20180517
    Dismissal Reason Code:  To BCO-By Court Order
 05/23/18 10:48 Wed LGR N/Work Date Chg: 05/21/18 To 05/23/18      L60 LHD     05/23/18 W
 05/23/18 10:48 Wed LGR Res NTE Note Entry                         L60 LHD     05/23/18 W
    Case dismissed order.
 05/23/18 10:48 Wed LGR Act CMR Case Management Review-A0          L60 LHD     05/23/18 W
 05/23/18 10:45 Wed LGR Legal Fields Updated
    lgl_cntr_id: 1383293
    lgl_status: ACC To CON
```

**WWR001**

Work History:

```
Date     Time  DOW Uid Description                               Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- --------------------------------------- --- --- --- ----------
   lgl_case_priority: ACC To CON
05/23/18 10:44     LGR Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
05/22/18 05:18     DCN Process Note
   Docs Recvd: DISM
05/21/18 08:06 Mon RMO N/Work Date Chg: 05/11/18 To 05/21/18    L60 LHD     05/21/18 W
05/21/18 08:06 Mon RMO Res NTE Note Entry                       L60 LHD     05/21/18 W
   "PER LCC  - May-17-2018 - The Order of Dismissal Without Prejudice was
   granted.
   The court was not pleased that plaintiff''s attorney missed the CMC h
   earing of May 3, 2018. The court also noted that the Defendant was
   not notified of the Order of Dismissal Without Prejudice, and Defendan
   t counted on the case being tried and showed up ready to defend. The
   judge said that he would grant the Order of Dismissal Without Prejudic
   e over Defendant's protest that it should be dismissed With
   Prejudice.
05/21/18 08:06 Mon RMO Act OAC Operations Activity-A0           L60 LHD     05/21/18 W
05/21/18 08:06     RMO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
05/18/18 13:22     RHA Process Note
   Received possible banking information from Discover, debtor possibly b
   anks at SOUTH SIDE TRUST & SAVINGS BANK
05/15/18 05:17     DCN Process Note
   Docs Recvd: SCRA
05/14/18 14:37     CSS SOD WORKFLOW MANAGER EXECUTED            L60 LHD
   SOD WORKFLOW CODE=SCRA07-SCRA STEP 7 Activity Type=WRKFLO
05/14/18 14:37     CSS User Window Update SHT                   L60 LHD
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld11-SHT-Scrub Processing 11:SCRA07 To PROCESSED
05/14/18 14:35     CSS SOD WORKFLOW MANAGER EXECUTED            L60 LHD
   SOD WORKFLOW CODE=SCRA03-PROCESS SCRA Activity Type=WRKFLO
05/14/18 14:35     CSS User Window Update SHT                   L60 LHD
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld11-SHT-Scrub Processing 11:ScraScrubManualImportAction To SC
   RA07
05/14/18 14:35     CSS User Window Update FAC                   L60 LHD
   uwfdgr_dem_group_id:4640414
   uwfdgr_fld43-FAC-SCRA DATE 43:20180510 To 20180514
05/14/18 14:35     CSS User Window Update ZND                   L60 LHD
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld6-ZND-SCRA 6:20180510 To 20180514
05/14/18 14:35     CSS User Window Update ZND                   L60 LHD
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld10-ZND-SCRA 10:20180510 To 20180514
05/14/18 14:35     CSS User Window Update ZND                   L60 LHD
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld3-ZND-SCRA 3:20180510 To 20180514
05/14/18 14:35     CSS Process Note                             L60 LHD
   SCRA Hit returned 2018-05-14 on demographic LAMPERT, DEBBIE H
   INFO RETURNED: Data not found
   Scrub requested on 2017-11-03
   Dem ID: A0 Dem Identity No: 4640414
```

**WWR002**

Date: 06/19/18 15:35:33                        Account Printout                          Page 3

Work History:

```
Date    Time  DOW Uid Description                               Dsk Sts Txt NxtLtr/Wrk
------- ----- --- --- --------------------------------------- --- --- --- ----------
05/14/18 14:03 Mon    User Window Update SHT
   on dem_idty_no 4640414
   fld8-SCRA Hit Date 8:20180510 TO 20180514
   fld10-File Name 10:\\wwr-docstorage\data\Import\Scrubs\ManualScra\SCRA
   _4_4_SCRA_20180510c.ScraMan.Processing TO
   \\wwr-docstorage\data\Import\Scrubs\ManualScra\SCRA_4_4_SCRA_20180514
   .ScraMan.Processing
   fld11-Scrub Processing 11:PROCESSED-Scrub processing complete TO ScraS
   crubManualImportAction
05/11/18 14:29 Fri ADO N/Work Date Chg: 05/10/18 To 05/11/18   L60 LHD     05/11/18 W
05/11/18 14:29 Fri ADO Res NTE Note Entry                      L60 LHD     05/11/18 W
   EMLD LCC TO COVER HEARING ON 5/17
   Rm 202. ██████████   ██████████████   ██████
   ████████████████
05/11/18 14:29 Fri ADO Act CMR Case Management Review-A0       L60 LHD     05/11/18 W
05/11/18 14:21     ADO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
05/11/18 05:20     DCN Process Note
   Docs Recvd: SCRA
05/10/18 13:32     CSS SOD WORKFLOW MANAGER EXECUTED           L60 LHD
   SOD WORKFLOW CODE=SCRA07-SCRA STEP 7 Activity Type=WRKFLO
05/10/18 13:32     CSS User Window Update SHT                  L60 LHD
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld11-SHT-Scrub Processing 11:SCRA07 To PROCESSED
05/10/18 13:30     CSS SOD WORKFLOW MANAGER EXECUTED           L60 LHD
   SOD WORKFLOW CODE=SCRA03-PROCESS SCRA Activity Type=WRKFLO
05/10/18 13:30     CSS User Window Update SHT                  L60 LHD
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld11-SHT-Scrub Processing 11:ScraScrubManualImportAction To SC
   RA07
05/10/18 13:30     CSS User Window Update FAC                  L60 LHD
   uwfdgr_dem_group_id:4640414
   uwfdgr_fld43-FAC-SCRA DATE 43:20180423 To 20180510
05/10/18 13:30     CSS User Window Update ZND                  L60 LHD
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld6-ZND-SCRA 6:20180423 To 20180510
05/10/18 13:30     CSS User Window Update ZND                  L60 LHD
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld10-ZND-SCRA 10:20180423 To 20180510
05/10/18 13:30     CSS User Window Update ZND                  L60 LHD
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld3-ZND-SCRA 3:20180423 To 20180510
05/10/18 13:30     CSS Process Note                            L60 LHD
   SCRA Hit returned 2018-05-10 on demographic LAMPERT, DEBBIE H
   INFO RETURNED: Data not found
   Scrub requested on 2017-11-03
   Dem ID: A0 Dem Identity No: 4640414
05/10/18 12:41 Thu    User Window Update SHT
   on dem_idty_no 4640414
   fld8-SCRA Hit Date 8:20180423 TO 20180510
   fld10-File Name 10: TO \\wwr-docstorage\data\Import\Scrubs\ManualScra\
   SCRA_4_4_SCRA_20180510c.ScraMan.Processing
   fld11-Scrub Processing 11:PROCESSED-Scrub processing complete TO ScraS
```

**WWR003**

Work History:

```
Date     Time   DOW Uid Description                              Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- --------------------------------------- --- --- --- ----------
   crubManualImportAction
05/09/18 13:46      CLE Process Note
   Account has been sent to Discover requesting Banking Information
05/06/18 12:31      DCN SOD WORKFLOW MANAGER EXECUTED          L60 LHD
   SOD WORKFLOW CODE=RVPRTD-REVSPRING PRINTED Activity Type=EDIIMP
05/06/18 12:31      DCN SOD WORKFLOW MANAGER UPDATED FIELD:     L60 LHD
   lht_id: 24611851 lht_ltr_status_date: 2018-04-05 00:00:00.0
   To 20180506
05/06/18 12:31      DCN Process Note                           L60 LHD
   LHT_ID: 24611851
   LTR_NAME: Settlement Letter No % Offered
   DEM_ID: A0
   DEM_NAME: LAMPERT, DEBBIE H
   MAIL DATE: 20180405
   Dem ID: A0 Dem Identity No: 4640414
05/03/18 16:51      JKU Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
05/03/18 12:06 Thu ATA N/Work Date Chg: 05/03/18 To 05/10/18   L60 LHD     05/10/18 W
   Agent Reverted Next Work Date
05/03/18 12:06 Thu ATA N/Work Date Chg: 05/10/18 To 05/03/18   L60 LHD     05/10/18 W
05/03/18 12:06 Thu ATA Res NTE Note Entry                      L60 LHD     05/10/18 W
   TX'D PH #1, FAST BZ SIGNAL ONLY. TX'D PH #2, LMOR
05/03/18 12:06 Thu ATA Act CMR Case Management Review-A0        L60 LHD     05/10/18 W
05/03/18 12:00 Thu ATA N/Work Date Chg: 05/03/18 To 05/10/18   L60 LHD     05/10/18 W
   Agent Reverted Next Work Date
05/03/18 12:00 Thu ATA N/Work Date Chg: 04/18/18 To 05/03/18   L60 LHD     05/10/18 W
05/03/18 12:00 Thu ATA Res NTE Note Entry                      L60 LHD     05/10/18 W
05/03/18 12:00 Thu ATA Act CMR Case Management Review-A0        L60 LHD     05/10/18 W
05/03/18 11:59      ATA Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
05/01/18 05:20      DCN Process Note
   Docs Recvd: OCRT
04/30/18 10:51      RMO Legal Event
   Lgl Counter Id: 1383293
   Case No: 18-SC-137
   Event Code: CM
   Event Date: 05/03/2018
   Event Time: 1100
   Event End Time:
   Event Description: CASE MGMT HEARING
   Location: 202
   Phone Conference: No
   Conference Number:
04/30/18 10:50      RMO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
04/30/18 08:31      BST Process Note
   031171159 PER LCC  - Apr-24-2018 - Hearing on 5/3/18 at 11 a.m. in ctr
   m 308 on Defendant's request for a fee waiver and also in ctrm 202
   for CMC set at the same time. Defendant is proceeding pro se. Trial is
   still on 5/17/18 at 2:30 p.m.in ctrm 202.
04/24/18 05:21      DCN Process Note
```

**WWR004**

```
Date: 06/19/18 15:35:33                    Account Printout                        Page 5


Work History:


Date     Time   DOW Uid Description                               Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- --------------------------------------- --- --- --- ----------
   Docs Recvd: SCRA
04/23/18 10:37     CSS SOD WORKFLOW MANAGER EXECUTED         L60 LHD
     SOD WORKFLOW CODE=SCRA07-SCRA STEP 7 Activity Type=WRKFLO
04/23/18 10:37     CSS User Window Update SHT                L60 LHD
     uwfdmi_dem_idty_no:4640414
     uwfdmi_fld11-SHT-Scrub Processing 11:SCRA07 To PROCESSED
04/23/18 10:34     CSS SOD WORKFLOW MANAGER EXECUTED         L60 LHD
     SOD WORKFLOW CODE=SCRA04-SCRA STEP  4 Activity Type=WRKFLO
04/23/18 10:34     CSS User Window Update SHT                L60 LHD
     uwfdmi_dem_idty_no:4640414
     uwfdmi_fld10-SHT-File Name 10:\\wwr-docstorage\data\Import\Scrubs\Manu
     alScra\SCRA_4_4_SCRA_20180423b.ScraMan.Processing To NULL
04/23/18 10:34     CSS User Window Update SHT                L60 LHD
     uwfdmi_dem_idty_no:4640414
     uwfdmi_fld11-SHT-Scrub Processing 11:PROCESSED To SCRA07
04/23/18 10:34     CSS User Window Update FAC                L60 LHD
     uwfdgr_dem_group_id:4640414
     uwfdgr_fld43-FAC-SCRA DATE 43:20180418 To 20180423
04/23/18 10:34     CSS User Window Update ZND                L60 LHD
     uwfdmi_dem_idty_no:4640414
     uwfdmi_fld6-ZND-SCRA 6:20180418 To 20180423
04/23/18 10:34     CSS User Window Update ZND                L60 LHD
     uwfdmi_dem_idty_no:4640414
     uwfdmi_fld10-ZND-SCRA 10:20180418 To 20180423
04/23/18 10:34     CSS User Window Update ZND                L60 LHD
     uwfdmi_dem_idty_no:4640414
     uwfdmi_fld3-ZND-SCRA 3:20180418 To 20180423
04/23/18 10:34     CSS Process Note                          L60 LHD
     SCRA Hit returned 2018-04-23 on demographic LAMPERT, DEBBIE H
     INFO RETURNED: Data not found
     Scrub requested on 2017-11-03
     Dem ID: A0 Dem Identity No: 4640414
04/23/18 10:16 Mon     User Window Update SHT
     on dem_idty_no 4640414
     fld8-SCRA Hit Date 8:20180418 TO 20180423
     fld10-File Name 10: TO \\wwr-docstorage\data\Import\Scrubs\ManualScra\
     SCRA_4_4_SCRA_20180423b.ScraMan.Processing
04/19/18 05:22     DCN Process Note
     Docs Recvd: SCRA
04/18/18 15:59 Wed ADO N/Work Date Chg: 04/11/18 To 04/18/18 L60 LHD      04/18/18 W
04/18/18 15:59 Wed ADO Res NTE Note Entry                    L60 LHD      04/18/18 W
     EMLD LCC TO COVER HEARING ON 4/24
```



```
04/18/18 15:59 Wed ADO Act CMR Case Management Review-A0     L60 LHD      04/18/18 W
04/18/18 15:56     ADO Process Note
     Compliance Alert Displayed and Confirmed
     Dem ID: A0 Dem Identity No: 4640414
04/18/18 13:33     CSS SOD WORKFLOW MANAGER EXECUTED         L60 LHD
     SOD WORKFLOW CODE=SCRA07-SCRA STEP 7 Activity Type=WRKFLO
04/18/18 13:33     CSS User Window Update SHT                L60 LHD
```

**WWR005**

```
Date: 06/19/18 15:35:33                          Account Printout                              Page 6


Work History:


Date     Time   DOW Uid Description                                  Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- ---------------------------------------- --- --- --- ----------
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld11-SHT-Scrub Processing 11:SCRA07 To PROCESSED
04/18/18 13:31     CSS SOD WORKFLOW MANAGER EXECUTED              L60 LHD
    SOD WORKFLOW CODE=SCRA04-SCRA STEP  4 Activity Type=WRKFLO
04/18/18 13:31     CSS User Window Update SHT                     L60 LHD
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld10-SHT-File Name 10:\\wwr-docstorage\data\Import\Scrubs\Manu
    alScra\SCRA_4_4_SCRA_20180418c.ScraMan.Processing To NULL
04/18/18 13:31     CSS User Window Update SHT                     L60 LHD
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld11-SHT-Scrub Processing 11:PROCESSED To SCRA07
04/18/18 13:31     CSS User Window Update FAC                     L60 LHD
    uwfdgr_dem_group_id:4640414
    uwfdgr_fld43-FAC-SCRA DATE 43:20180326 To 20180418
04/18/18 13:31     CSS User Window Update ZND                     L60 LHD
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld6-ZND-SCRA 6:20180326 To 20180418
04/18/18 13:31     CSS User Window Update ZND                     L60 LHD
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld10-ZND-SCRA 10:20180326 To 20180418
04/18/18 13:31     CSS User Window Update ZND                     L60 LHD
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld3-ZND-SCRA 3:20180326 To 20180418
04/18/18 13:31     CSS Process Note                               L60 LHD
    SCRA Hit returned 2018-04-18 on demographic LAMPERT, DEBBIE H
    INFO RETURNED: Data not found
    Scrub requested on 2017-11-03
    Dem ID: A0 Dem Identity No: 4640414
04/18/18 12:48 Wed     User Window Update SHT
    on dem_idty_no 4640414
    fld8-SCRA Hit Date 8:20180326 TO 20180418
    fld10-File Name 10: TO \\wwr-docstorage\data\Import\Scrubs\ManualScra\
    SCRA_4_4_SCRA_20180418c.ScraMan.Processing
04/09/18 11:33     ATA Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
04/09/18 10:54 Mon ATA N/Work Date Chg: 04/09/18 To 04/11/18   L60 LHD     04/11/18 W
    Agent Reverted Next Work Date
04/09/18 10:54 Mon ATA N/Work Date Chg: 04/11/18 To 04/09/18   L60 LHD     04/11/18 W
04/09/18 10:54 Mon ATA Res NTE Note Entry                      L60 LHD     04/11/18 W
    TRIAL NOTICE/WITNESS REQUEST TO CLIENT VIA WWR-CLS
04/09/18 10:54 Mon ATA Act CMR Case Management Review-A0       L60 LHD     04/11/18 W
04/09/18 10:54     ATA Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
04/05/18 09:06     ATA Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
04/05/18 08:03     DCN SOD WORKFLOW MANAGER EXECUTED            L60 LHD
    SOD WORKFLOW CODE=RVACKH-REVSPRING ACK HEADER Activity Type=EDIIMP
04/05/18 08:03     DCN SOD WORKFLOW MANAGER UPDATED FIELD:      L60 LHD
    lht_id: 24611851 lht_ltr_status_date: null
    To 20180405
04/05/18 08:03     DCN SOD WORKFLOW MANAGER UPDATED FIELD:      L60 LHD
```

**WWR006**

Work History:

```
Date    Time  DOW Uid Description                              Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- -------------------------------------- --- --- --- ----------
   lht_id: 24611851 lht_ltr_status: null
   To UPD
04/05/18 08:03    DCN Process Note                             L60 LHD
   Acknowledgement Received/12:58:30,NCOA No new information,DEBBIE H LAM
   PERT,,144 FAWN HAVEN DR,,EAST PEORIA
   Dem ID: A0 Dem Identity No: 4640414
04/03/18 16:53    ATA Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
04/03/18 16:51 Tue ATA Desk Chg: 828 To L60                    L60 LHD    04/11/18 W
   Agent Desk Value Entered
04/03/18 16:51 Tue ATA Status Chg: LMI To LHD                  L60 LHD    04/11/18 W
   Agent Status Value Entered
04/03/18 16:51 Tue ATA N/Work Date Chg: 04/03/18 To 04/11/18   L60 LHD    04/11/18 W
   Agent Reverted Next Work Date
04/03/18 16:51 Tue ATA N/Work Date Chg: 04/06/18 To 04/03/18   L60 LHD    04/11/18 W
04/03/18 16:51 Tue ATA Res NTE Note Entry                      L60 LHD    04/11/18 W
04/03/18 16:51 Tue ATA Act CMR Case Management Review-A0       L60 LHD    04/11/18 W
04/03/18 16:49 Tue ATA Ltr 034-A0 Settlement Letter No % Off(S) 828 LMI   04/06/18 W
   (Letter on Demand by Agent)
04/03/18 16:49    ATA Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
04/03/18 16:33    ATA Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
04/03/18 08:11    SWE Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
04/03/18 05:16    DCN Process Note
   Docs Recvd: OCRT
04/02/18 14:41    RMO Legal Event
   Lgl Counter Id: 1383293
   Case No: 18-SC-137
   Event Code: TR
   Event Date: 05/17/2018
   Event Time: 1430
   Event End Time:
   Event Description: TRIAL
   Location: 202
   Phone Conference: No
   Conference Number:
04/02/18 14:40    RMO Legal Event
   Lgl Counter Id: 1383293
   Case No: 18-SC-137
   Event Code: SC
   Event Date: 04/24/2018
   Event Time: 0930
   Event End Time:
   Event Description: STATUS CALL
   Location: 202
   Phone Conference: No
   Conference Number:
04/02/18 14:39    RMO Process Note
```

**WWR007**

Date: 06/19/18 15:35:33                    Account Printout                              Page 8

Work History:

```
Date     Time  DOW Uid Description                             Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- --------------------------------------- --- --- --- ----------
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
04/02/18 09:37 Mon RMO N/Work Date Chg: 04/02/18 To 04/06/18   828 LMI     04/06/18 W
   Agent Reverted Next Work Date
04/02/18 09:37 Mon RMO N/Work Date Chg: 04/06/18 To 04/02/18   828 LMI     04/06/18 W
04/02/18 09:37 Mon RMO Res NTE Note Entry                      828 LMI     04/06/18 W
   *PER LCC  - ███████████████████████████████████████████
   █████████████████████████████████████████████
   ████████████████████████████████████
   █████████████████████████████████████████████████
   ████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████████████████
   █████
   ████████████████████████████████████████████
   ██████████████████████████████████████████████
   █████████████████████████████████████████████
   ███████████████████████████████████████████████
   ██████████████████████████████████████████
   ███████
04/02/18 09:37 Mon RMO Act OAC Operations Activity-A0          828 LMI     04/06/18 W
04/02/18 09:36     RMO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
03/27/18 05:16     DCN Process Note
   Docs Recvd: SCRA
03/26/18 14:32     CSS SOD WORKFLOW MANAGER EXECUTED           828 LMI
   SOD WORKFLOW CODE=SCRA07-SCRA STEP 7 Activity Type=WRKFLO
03/26/18 14:32     CSS User Window Update SHT                  828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld11-SHT-Scrub Processing 11:SCRA07 To PROCESSED
03/26/18 14:30     CSS SOD WORKFLOW MANAGER EXECUTED           828 LMI
   SOD WORKFLOW CODE=SCRA04-SCRA STEP  4 Activity Type=WRKFLO
03/26/18 14:30     CSS User Window Update SHT                  828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld10-SHT-File Name 10:\\wwr-docstorage\data\Import\Scrubs\Manu
   alScra\SCRA_4_4_SCRA_20180326d.scraman.Processing To NULL
03/26/18 14:30     CSS User Window Update SHT                  828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld11-SHT-Scrub Processing 11:PROCESSED To SCRA07
03/26/18 14:30     CSS User Window Update FAC                  828 LMI
   uwfdgr_dem_group_id:4640414
   uwfdgr_fld43-FAC-SCRA DATE 43:20180322 To 20180326
03/26/18 14:30     CSS User Window Update ZND                  828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld6-ZND-SCRA 6:20180322 To 20180326
```

**WWR008**

Work History:

```
Date    Time  DOW Uid Description                              Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- ---------------------------------------- --- --- --- ----------
03/26/18 14:30     CSS User Window Update ZND                   828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld10-ZND-SCRA 10:20180322 To 20180326
03/26/18 14:30     CSS User Window Update ZND                   828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld3-ZND-SCRA 3:20180322 To 20180326
03/26/18 14:30     CSS Process Note                             828 LMI
   SCRA Hit returned 2018-03-26 on demographic LAMPERT, DEBBIE H
   INFO RETURNED: Data not found
   Scrub requested on 2017-11-03
   Dem ID: A0 Dem Identity No: 4640414
03/26/18 13:44 Mon   User Window Update SHT
   on dem_idty_no 4640414
   fld8-SCRA Hit Date 8:20180326 TO 20180326
   fld10-File Name 10: TO \\wwr-docstorage\data\Import\Scrubs\ManualScra\
   SCRA_4_4_SCRA_20180326d.scraman.Processing
03/23/18 13:41 Fri ADO N/Work Date Chg: 03/23/18 To 04/06/18   828 LMI   04/06/18 W
   Agent Reverted Next Work Date
03/23/18 13:41 Fri ADO N/Work Date Chg: 04/06/18 To 03/23/18   828 LMI   04/06/18 W
03/23/18 13:41 Fri ADO Res NTE Note Entry                      828 LMI   04/06/18 W
   EMLD LCC TO COVER HEARING ON 3/29
```

████████████████████    ████████████████████████
████████████████████    ████████████████████████
████████████████████  ████  ████████████████████████
████████████████  ████  ████████████████████
██████████████████████████

```
03/23/18 13:41 Fri ADO Act CMR Case Management Review-A0       828 LMI   04/06/18 W
03/23/18 13:40     ADO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
03/23/18 13:35 Fri ADO N/Work Date Chg: 03/23/18 To 04/06/18   828 LMI   04/06/18 W
   Agent Reverted Next Work Date
03/23/18 13:35 Fri ADO N/Work Date Chg: 04/06/18 To 03/23/18   828 LMI   04/06/18 W
03/23/18 13:35 Fri ADO Res NTE Note Entry                      828 LMI   04/06/18 W
   DISREGARD NOTE ABOUT ALIAS SUMMONS - WRONG FILE.
03/23/18 13:35 Fri ADO Act CMR Case Management Review-A0       828 LMI   04/06/18 W
03/23/18 13:34     ADO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
03/23/18 13:16 Fri ADO N/Work Date Chg: 03/23/18 To 04/06/18   828 LMI   04/06/18 W
   Agent Reverted Next Work Date
03/23/18 13:16 Fri ADO N/Work Date Chg: 04/06/18 To 03/23/18   828 LMI   04/06/18 W
03/23/18 13:16 Fri ADO Res NTE Note Entry                      828 LMI   04/06/18 W
   EMLD LCC TO COVER HEARING ON 3/29
   This is up for an alias summons.  The debtor was not served.  Please a
   sk the court for permission to issue an alias summons upon request.
   If a date certain is needed please pick a date in June
03/23/18 13:16 Fri ADO Act CMR Case Management Review-A0       828 LMI   04/06/18 W
03/23/18 13:16     ADO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
03/23/18 13:14 Fri SWE N/Work Date Chg: 03/24/18 To 04/06/18   828 LMI   04/06/18 W
   Agent Reverted Next Work Date
```

**WWR009**

```
Date: 06/19/18 15:35:33                    Account Printout                         Page 10


Work History:


Date     Time  DOW Uid Description                                  Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- -------------------------------------------- --- --- --- ----------
03/23/18 13:14 Fri SWE N/Work Date Chg: 03/23/18 To 03/24/18        828 LMI        04/06/18 W
03/23/18 13:14 Fri SWE Res LMM Left Message on Machine              828 LMI        04/06/18 W
   TX PH 2 - LM
03/23/18 13:14 Fri SWE Act OC Outgoing Call-A0                      828 LMI        04/06/18 W
   OC made to A0
   Dem Idty: 4640414
   Phone 2: (309) 472-5150
03/23/18 13:12     SWE Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
03/23/18 05:16     DCN Process Note
   Docs Recvd: SCRA
03/22/18 09:35     CSS SOD WORKFLOW MANAGER EXECUTED                828 LMI
   SOD WORKFLOW CODE=SCRA07-SCRA STEP 7 Activity Type=WRKFLO
03/22/18 09:35     CSS User Window Update SHT                       828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld11-SHT-Scrub Processing 11:SCRA07 To PROCESSED
03/22/18 09:32     CSS SOD WORKFLOW MANAGER EXECUTED                828 LMI
   SOD WORKFLOW CODE=SCRA04-SCRA STEP  4 Activity Type=WRKFLO
03/22/18 09:32     CSS User Window Update SHT                       828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld10-SHT-File Name 10:\\wwr-docstorage\data\Import\Scrubs\Manu
   alScra\SCRA_4_4_SCRA_20180322.ScraMan.Processing To NULL
03/22/18 09:32     CSS User Window Update SHT                       828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld11-SHT-Scrub Processing 11:PROCESSED To SCRA07
03/22/18 09:32     CSS User Window Update FAC                       828 LMI
   uwfdgr_dem_group_id:4640414
   uwfdgr_fld43-FAC-SCRA DATE 43:20180226 To 20180322
03/22/18 09:32     CSS User Window Update ZND                       828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld6-ZND-SCRA 6:20180226 To 20180322
03/22/18 09:32     CSS User Window Update ZND                       828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld10-ZND-SCRA 10:20180226 To 20180322
03/22/18 09:32     CSS User Window Update ZND                       828 LMI
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld3-ZND-SCRA 3:20180226 To 20180322
03/22/18 09:32     CSS Process Note                                 828 LMI
   SCRA Hit returned 2018-03-22 on demographic LAMPERT, DEBBIE H
   INFO RETURNED: Data not found
   Scrub requested on 2017-11-03
   Dem ID: A0 Dem Identity No: 4640414
03/22/18 09:05 Thu     User Window Update SHT
   on dem_idty_no 4640414
   fld4-Start Date 4:20180226 TO 00000000
   fld8-SCRA Hit Date 8:00000000 TO 20180322
   fld10-File Name 10: TO \\wwr-docstorage\data\Import\Scrubs\ManualScra\
   SCRA_4_4_SCRA_20180322.ScraMan.Processing
03/16/18 10:50     IRO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
03/09/18 15:14     SSI SOD WORKFLOW MANAGER EXECUTED                828 LMI
   SOD WORKFLOW CODE=SCRAFX-SCRA UPDATE Activity Type=WRKFLO
```

**WWR010**

```
Date: 06/19/18 15:35:33                    Account Printout                    Page 11

Work History:

Date    Time   DOW Uid Description                              Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- -------------------------------------- --- --- --- ----------
03/09/18 15:14     SSI User Window Update FAC                  828 LMI
    uwfdgr_dem_group_id:4640414
    uwfdgr_fld49-FAC-MILITARY END DT 49:00000000 To NULL
03/09/18 15:14     SSI User Window Update FAC                  828 LMI
    uwfdgr_dem_group_id:4640414
    uwfdgr_fld47-FAC-MILITARY STR DT 47:20180226 To NULL
03/09/18 15:14     SSI User Window Update FAC                  828 LMI
    uwfdgr_dem_group_id:4640414
    uwfdgr_fld45-FAC-MILITARY BRANCH 45:ZZ To NULL
03/09/18 15:14     SSI Process Note                            828 LMI
    Removed 'Military Start Date' created in error by SCRA Scrub Completio
    n Date
    Dem ID: A0 Dem Identity No: 4640414
03/08/18 11:15 Thu SWE N/Work Date Chg: 03/09/18 To 03/23/18   828 LMI      03/23/18 W
    Agent Reverted Next Work Date
03/08/18 11:15 Thu SWE N/Work Date Chg: 03/08/18 To 03/09/18   828 LMI      03/23/18 W
03/08/18 11:15 Thu SWE Res LMM Left Message on Machine         828 LMI      03/23/18 W
    TX PH 2 - LM
03/08/18 11:15 Thu SWE Act OC Outgoing Call-A0                 828 LMI      03/23/18 W
    OC made to A0
    Dem Idty: 4640414
    Phone 2: (309) 472-5150
03/08/18 11:13     SWE Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
03/07/18 08:06     SWE Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
03/07/18 05:15     DCN Process Note
    Docs Recvd: OCRT
03/06/18 12:00     RMO Legal Event
    Lgl Counter Id: 1383293
    Case No: 18-SC-137
    Event Code: SC
    Event Date: 03/29/2018
    Event Time: 0930
    Event End Time:
    Event Description: STATUS CALL
    Location: 202
    Phone Conference: No
    Conference Number:
03/06/18 11:59     RMO Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
03/06/18 06:47     BST Process Note
    031171159 PER LCC  - Feb-27-2018 - Defendant present and case continue
    d to give her time to get an attorney on her motion to 3/29/18 at
    9:30 a.m.
02/27/18 05:14     DCN Process Note
    Docs Recvd: SCRA
02/26/18 11:33     CSS SOD WORKFLOW MANAGER EXECUTED           828 LMI
    SOD WORKFLOW CODE=SCRA07-SCRA STEP 7 Activity Type=WRKFLO
02/26/18 11:33     CSS User Window Update SHT                  828 LMI
    uwfdmi_dem_idty_no:4640414
```

**WWR011**

Work History:

```
Date     Time    DOW Uid Description                             Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- ---------------------------------------- --- --- --- ----------
    uwfdmi_fld11-SHT-Scrub Processing 11:SCRA07 To PROCESSED
02/26/18 11:31      CSS SOD WORKFLOW MANAGER EXECUTED            828 LMI
    SOD WORKFLOW CODE=SCRA04-SCRA STEP  4 Activity Type=WRKFLO
02/26/18 11:31      CSS User Window Update SHT                   828 LMI
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld10-SHT-File Name 10:\\wwr-docstorage\data\Import\Scrubs\Manu
    alScra\SCRA_4_4_SCRA_20180226b.scraman.Processing To NULL
02/26/18 11:31      CSS User Window Update SHT                   828 LMI
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld11-SHT-Scrub Processing 11:PROCESSED To SCRA07
02/26/18 11:31      CSS User Window Update FAC                   828 LMI
    uwfdgr_dem_group_id:4640414
    uwfdgr_fld47-FAC-MILITARY STR DT 47:20180222 To 20180226
02/26/18 11:31      CSS User Window Update FAC                   828 LMI
    uwfdgr_dem_group_id:4640414
    uwfdgr_fld43-FAC-SCRA DATE 43:20180222 To 20180226
02/26/18 11:31      CSS User Window Update ZND                   828 LMI
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld6-ZND-SCRA 6:20180222 To 20180226
02/26/18 11:31      CSS User Window Update ZND                   828 LMI
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld10-ZND-SCRA 10:20180222 To 20180226
02/26/18 11:31      CSS User Window Update ZND                   828 LMI
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld3-ZND-SCRA 3:20180222 To 20180226
02/26/18 11:31      CSS Process Note                             828 LMI
    SCRA Hit returned 2018-02-26 on demographic LAMPERT, DEBBIE H
    INFO RETURNED: Data not found
    Scrub requested on 2017-11-03
    Dem ID: A0 Dem Identity No: 4640414
02/26/18 11:01 Mon     User Window Update SHT
    on dem_idty_no 4640414
    fld4-Start Date 4:20180222 TO 20180226
    fld10-File Name 10: TO \\wwr-docstorage\data\Import\Scrubs\ManualScra\
    SCRA_4_4_SCRA_20180226b.scraman.Processing
02/23/18 15:12 Fri ADO N/Work Date Chg: 02/23/18 To 03/08/18   828 LMI     03/08/18 W
    Agent Reverted Next Work Date
02/23/18 15:12 Fri ADO N/Work Date Chg: 03/08/18 To 02/23/18   828 LMI     03/08/18 W
02/23/18 15:12 Fri ADO Res NTE Note Entry                      828 LMI     03/08/18 W
    EMLD LCC TO COVER HEARING ON 2/27
```

**WWR012**

```
Date: 06/19/18 15:35:33                    Account Printout                        Page 13

Work History:

Date    Time   DOW Uid Description                              Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- -------------------------------------- --- --- --- ----------
02/23/18 15:12 Fri ADO Act CMR Case Management Review-A0       828 LMI     03/08/18 W
02/23/18 15:11     ADO Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
02/23/18 05:14     DCN Process Note
    Docs Recvd: SCRA
02/22/18 13:32 Thu SWE N/Work Date Chg: 02/23/18 To 03/08/18   828 LMI     03/08/18 W
    Agent Reverted Next Work Date
02/22/18 13:32 Thu SWE N/Work Date Chg: 02/22/18 To 02/23/18   828 LMI     03/08/18 W
02/22/18 13:32 Thu SWE Res LMM Left Message on Machine         828 LMI     03/08/18 W
    TX PH2 - LM
02/22/18 13:32 Thu SWE Act OC Outgoing Call-A0                 828 LMI     03/08/18 W
    OC made to A0
    Dem Idty: 4640414
    Phone 2: (309) 472-5150
02/22/18 13:30     SWE Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
02/22/18 10:33     CSS SOD WORKFLOW MANAGER EXECUTED           828 LMI
    SOD WORKFLOW CODE=SCRA07-SCRA STEP 7 Activity Type=WRKFLO
02/22/18 10:33     CSS User Window Update SHT                  828 LMI
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld11-SHT-Scrub Processing 11:SCRA07 TO PROCESSED
02/22/18 10:30     CSS SOD WORKFLOW MANAGER EXECUTED           828 LMI
    SOD WORKFLOW CODE=SCRA04-SCRA STEP  4 Activity Type=WRKFLO
02/22/18 10:30     CSS User Window Update SHT                  828 LMI
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld10-SHT-File Name 10:\\wwr-docstorage\data\Import\Scrubs\Manu
    alScra\SCRA_4_4_SCRA_20180222b.scraman.Processing To NULL
02/22/18 10:30     CSS User Window Update SHT                  828 LMI
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld11-SHT-Scrub Processing 11:null To SCRA07
02/22/18 10:30     CSS User Window Update FAC                  828 LMI
    uwfdgr_dem_group_id:4640414
    uwfdgr_fld47-FAC-MILITARY STR DT 47:20180124 To 20180222
02/22/18 10:30     CSS User Window Update FAC                  828 LMI
    uwfdgr_dem_group_id:4640414
    uwfdgr_fld43-FAC-SCRA DATE 43:20180124 To 20180222
02/22/18 10:30     CSS User Window Update ZND                  828 LMI
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld6-ZND-SCRA 6:20180124 To 20180222
02/22/18 10:30     CSS User Window Update ZND                  828 LMI
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld10-ZND-SCRA 10:20180124 To 20180222
02/22/18 10:30     CSS User Window Update ZND                  828 LMI
    uwfdmi_dem_idty_no:4640414
    uwfdmi_fld3-ZND-SCRA 3:20180124 To 20180222
02/22/18 10:30     CSS Process Note                            828 LMI
    SCRA Hit returned 2018-02-22 on demographic LAMPERT, DEBBIE H
    INFO RETURNED: Data not found
    Scrub requested on 2017-11-03
    Dem ID: A0 Dem Identity No: 4640414
02/22/18 10:08 Thu     User Window Update SHT
    on dem_idty_no 4640414
```

**WWR013**

Work History:

```
Date     Time  DOW Uid Description                          Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- ------------------------------------ --- --- --- ----------
    fld4-Start Date 4:20180124 TO 20180222
    fld10-File Name 10: TO \\wwr-docstorage\data\Import\Scrubs\ManualScra\
    SCRA_4_4_SCRA_20180222b.scraman.Processing
02/21/18 10:53     BST N/Work Date Chg: 20180302 To 20180222    828 LMI
02/21/18 10:53     BST Status Chg: LAS To LMI                   828 LMI
02/21/18 10:53     BST User Window Update AI2                   828 LMI
    uwf_dbt_no:031171159
    uwf_fld34-AI2-Status 34:null To LAS
02/21/18 10:53     BST SOD WORKFLOW MANAGER EXECUTED            828 LAS
    SOD WORKFLOW CODE=DSKSTS-DESK_STATUS_UPDATE Activity Type=EDIIMP
02/21/18 10:53     BST User Window Update ZST                   828 LAS
    uwf_dbt_no:031171159
    uwf_fld9-ZST-Run Date 9:null To 20180221
02/21/18 10:36     BST Process Note
    031171159 SUMMONS/COMPLAINT-PERSONAL SERVICE ON DEBBIE H LAMPERT -  ON
    Feb-15-2018
02/21/18 05:14     DCN Process Note
    Docs Recvd: PSER
02/16/18 16:16 Fri SWE N/Work Date Chg: 02/17/18 To 03/02/18    828 LAS     03/02/18 W
    Agent Reverted Next Work Date
02/16/18 16:16 Fri SWE N/Work Date Chg: 02/02/18 To 02/17/18    828 LAS     03/02/18 W
02/16/18 16:16 Fri SWE Res LMM Left Message on Machine          828 LAS     03/02/18 W
    TX PH 2 - LM
02/16/18 16:16 Fri SWE Act OC Outgoing Call-A0                  828 LAS     03/02/18 W
    OC made to A0
    Dem Idty: 4640414
    Phone 2: (309) 472-5150
02/16/18 16:14     SWE Process Note
    Compliance Alert Displayed and Confirmed
    Dem ID: A0 Dem Identity No: 4640414
02/16/18 12:15 Fri IRO Legal Fields Updated
    lgl_cntr_id: 1383293
    lgl_status: PND To ACC
    lgl_suit_filed:  To 20180206
    lgl_court_time:  To 0000
    lgl_trial_time:  To 0000
    lgl_case_priority: WCS To ACC
02/16/18 12:15 Fri IRO Legal Fields Updated
    lgl_cntr_id: 1383293
    lgl_case_no: PA861587 To 18-SC-137
02/16/18 12:14     LL9 Task Update
    Dem Id: A0
    Dem Identity No: 4640414, taskId=53644
    Desc: Service - Check (SRVCHK)
    DueDate: 02/23/18
    Desk: TP9
02/16/18 12:14     IRO Task Update
    Dem Id: A0
    Dem Identity No: 4640414
    Task ID: 53643
    Description: Time Stamped Copy-Case Number (TSCCS#)
    Due Date: 02/11/18
    Desk: TP9
    Closed Status: Completed (COMP)
```

**WWR014**

Work History:

```
Date    Time   DOW Uid Description                              Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- ---------------------------------------- --- --- --- ----------
   Closed Date: 02/16/18
02/16/18 12:13      IRO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
02/12/18 12:19      ABO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
02/11/18 05:10      DCN Process Note
  Docs Recvd: SUMM
02/10/18 05:14      DCN Process Note
  Docs Recvd: SCRA
02/09/18 05:13      DCN Process Note
  Docs Recvd: COMP
02/07/18 09:07      ABO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
02/02/18 16:38 Fri IRO Res NTE Note Entry                       828 LAS     02/02/18 W
   SUBMITTED COMPLAINT TO E-FILE WEBSITE
02/02/18 16:38 Fri IRO Act CMR Case Management Review-A0        828 LAS     02/02/18 W
02/02/18 16:37      IRO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
01/30/18 10:05      ABO Process Note
   Compliance Alert Displayed and Confirmed
   Dem ID: A0 Dem Identity No: 4640414
01/26/18 05:15      DCN Process Note
  Docs Recvd: SETL
01/25/18 15:12      WSM Legal Event
   Case Number: PA861587 Event Id: 9218
   Attendee Changed to: (null)
   Comments Changed to: 202/SUMMONS
01/25/18 14:54      RHU Process Note
   031171159 TAX18HLD  Does not qualify for 40% SIF
01/25/18 05:15      DCN Process Note
  Docs Recvd: SCRA
01/24/18 13:32      CSS SOD WORKFLOW MANAGER EXECUTED           828 LAS
   SOD WORKFLOW CODE=SCRA07-SCRA STEP 7 Activity Type=WRKFLO
01/24/18 13:32      CSS User Window Update SHT                  828 LAS
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld10-SHT-File Name 10:\\wwr-docstorage\data\Import\Scrubs\Manu
   alScra\SCRA_4_0_SCRA_201801242.scraman.Processing To NULL
01/24/18 13:30      CSS SOD WORKFLOW MANAGER EXECUTED           828 LAS
   SOD WORKFLOW CODE=SCRA04-SCRA STEP  4 Activity Type=WRKFLO
01/24/18 13:30      CSS User Window Update ZND                  828 LAS
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld6-ZND-SCRA 6:20180120 To 20180124
01/24/18 13:30      CSS User Window Update FAC                  828 LAS
   uwfdgr_dem_group_id:4640414
   uwfdgr_fld69-FAC-MILITARY STATUS 69:null To NF
01/24/18 13:30      CSS User Window Update FAC                  828 LAS
   uwfdgr_dem_group_id:4640414
   uwfdgr_fld49-FAC-MILITARY END DT 49:null To 00000000
01/24/18 13:30      CSS User Window Update FAC                  828 LAS
   uwfdgr_dem_group_id:4640414
```

**WWR015**

Date: 06/19/18 15:35:33                    Account Printout                         Page 16

Work History:

```
Date     Time  DOW Uid Description                                  Dsk Sts Txt NxtLtr/Wrk
-------- ----- --- --- ---------------------------------------- --- --- --- ----------
   uwfdgr_fld47-FAC-MILITARY STR DT 47:null To 20180124
01/24/18 13:30     CSS User Window Update FAC                       828 LAS
   uwfdgr_dem_group_id:4640414
   uwfdgr_fld45-FAC-MILITARY BRANCH 45:null To ZZ
01/24/18 13:30     CSS User Window Update FAC                       828 LAS
   uwfdgr_dem_group_id:4640414
   uwfdgr_fld43-FAC-SCRA DATE 43:null To 20180124
01/24/18 13:30     CSS User Window Update ZND                       828 LAS
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld10-ZND-SCRA 10:20180120 To 20180124
01/24/18 13:30     CSS User Window Update ZND                       828 LAS
   uwfdmi_dem_idty_no:4640414
   uwfdmi_fld3-ZND-SCRA 3:20180120 To 20180124
01/24/18 13:30     CSS Process Note                                 828 LAS
   SCRA Hit returned 2018-01-24 on demographic LAMPERT, DEBBIE H
   INFO RETURNED: Data not found
   Scrub requested on 2017-11-03
   Dem ID: A0 Dem Identity No: 4640414
01/24/18 13:04 Wed     User Window Update SHT
   on dem_idty_no 4640414
   fld1-Name Key 1: TO CSS4640414
   fld2-Last Name 2: TO LAMPERT
   fld3-First Name 3: TO DEBBIE
   fld4-Start Date 4: TO 20180124
   fld5-End Date 5: TO 00000000
   fld6-Military Status 6: TO NF
   fld7-Military Branch 7: TO ZZ
   fld8-SCRA Hit Date 8: TO 00000000
   fld10-File Name 10: TO \\wwr-docstorage\data\Import\Scrubs\ManualScra\
   SCRA_4_0_SCRA_201801242.scraman.Processing
```

Transaction History:

| Date | Batch | Uid | Fwd | Total Due | Trans Amt | TRC | Description | Amount | Commission | Fwd Fee | Tax |
|------|-------|-----|-----|-----------|-----------|-----|-------------|--------|------------|---------|-----|
| 04/24/18 | 052636 | DCN | | 5553.04 | 75.00 | HI3 | LOCAL COUNSEL ATTENDANCE | 75.00 | 0.00 | 0.00 | 0.00 |
| 03/29/18 | 036920 | DCN | | 5553.04 | 111.00 | HI3 | LOCAL COUNSEL ATTENDANCE | 111.00 | 0.00 | 0.00 | 0.00 |
| 04/25/18 | 036482 | DCN | | 5553.04 | -111.00 | HI3 | LOCAL COUNSEL ATTENDANCE | -111.00 | 0.00 | 0.00 | 0.00 |
| 03/29/18 | 036254 | DCN | | 5553.04 | 111.00 | HI3 | LOCAL COUNSEL ATTENDANCE | 111.00 | 0.00 | 0.00 | 0.00 |
| 02/27/18 | 020587 | DCN | | 5553.04 | 33.25 | HI3 | LOCAL COUNSEL ATTENDANCE | 33.25 | 0.00 | 0.00 | 0.00 |
| 02/15/18 | 007981 | DCN | | 5553.04 | 40.00 | VQ2 | PRIVATE PROCESS SERVER | 40.00 | 0.00 | 0.00 | 0.00 |
| 02/06/18 | 007308 | DCN | | 5553.04 | 184.17 | 2AX | COMPLAINT | 184.17 | 0.00 | 0.00 | 0.00 |

**WWR016**

Date: 06/19/18 15:35:33                    Account Printout                         Page 17

Cntr Id 1383293 Case# 18-SC-137

Legal Instructions:
      Assignor
         Nature
           Claim
Agreement Date 00/00/00  Open Book   $ Had & Rec Lent
 Common Counts
   Last Charge 00/00/00  Last Payment 00/00/00

Legal Information:
Filed 02/06/18  Default 00/00/00  Answered 00/00/00  Court Date 00/00/00

Prejudgment Costs:
Suit Principal     5553.04       Costs Advanced        0.00
Court Costs           0.00       Amt Advanced          0.00
Attorney Fees         0.00
Other Amt             0.00       Interest Rate    0.00
Misc1 Amt             0.00       Interest thru  00/00/00
Misc2 Amt             0.00
Client Interest       0.00
Interest              0.00
Suit Total         5553.04

| Date | UserCd | Converted Notes: |
| -------- | ------ | --------------------------------------------- |
| 11/03/17 | DW84 | Electronically loaded |
| 11/03/17 | SYS | Primary Phone # changed from  to 309-694-6885 |
| 11/03/17 | SYS | Social Security Number changed from  to 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 |
| 11/03/17 | SYS | State changed from  to IL |
| 11/03/17 | SYS | Address Line changed from  to 144 FAWN HAVEN DR |
| 11/03/17 | SYS | City changed from  to EAST PEORIA |
| 11/03/17 | EDI | Charge Off Amounts sent by the client:  Charge Off Amount:  $5,516.04 |
| 11/03/17 | SYS | Collection Type changed from  to A |
| 11/03/17 | SYS | Postal Code changed from  to 61611-1878 |
| 11/03/17 | SYS | Client Reference Number changed from  to 6011208965869640 |
| 11/03/17 | SYS | Creditor Last Payment Amount changed from  to $101.00 |
| 11/03/17 | SYS | Creditor Last Payment Date changed from  to 05/11/2017 |
| 11/03/17 | SYS | Forward in client name changed from  to DISCOVER BANK |
| 11/03/17 | SYS | Relationship Office ID changed from  to 7 |
| 11/03/17 | SYS | Client Last Payment Date changed from  to 05/11/2017 |
| 11/03/17 | EDI | Trans Code:A~~AIFA Main Account Note~~ Note:  Principal Balance:0005553.04 Merchandise:000074.00 Balance Transfers:004939.89 Cash Advanced:000421.75 Interest:000107.40 Misc Transactions:000000.00 Late Fees:000000.00 Over Limit Fees:000000.00 Other Fees:000010.00 Option Code:29 Securitization Pool:0 Terms Level Code:25 AIFB-AMT-NOW-DUE:001947.00 AIFB-LINE-OF-CREDIT:006900.00 AIF-CHG-OFF-AMT:0005516.04 AIF-CHG-OFF-REASON:0000 AIFX-MIN-PAYMENT:00010 1.00 AIFX-U26-PMT-HIST-CDS:7777H7P7654D |
| 11/03/17 | EDI | Trans Code:L~~AIFL Legal Note~~ Note:  ATTNYBAL:00000000.00 COURTCOSTAMT:00000000.00 INTRA TEAWARD:00000000.00 OLDCOURTCOSTAMT:00000000.00 PREJDGINTAMT:00000000.00 PRINAWARDAMT:0000 0000.00 TOTALCOSTAWRD:00000000.00 |
| 11/03/17 | EDI | Trans Code:T~~AIFT Tags Note~~ Note:  statuses:EASYPAY,Ext-Z,NSF,VENDPLAC |
| 11/03/17 | EDI | Trans Code:AD~~Current and previous addresses~~ Note:  WORKGROUP:CL1WEL ACCOUNT-NUMBER:6011208965869640 ADDRESS-TYPE:R ADDRESS-1:144 FAWN HAVEN DR CITY:EAST PEORIA STATE:IL ZIP-CODE:616111878 INACTIVE-DATE-TIMESTAMP:2014-09-30-16.39.02.296918 |
| 11/03/17 | EDI | Trans Code:PR~~Current and previous phone numbers~~ Note:  WORKGROUP:CL1WEL ACCOUNT-NUMBER:6011208965869640 PHONE-TYPE-CODE:4 PHONE-NUMBER:309372515000000 INACTIVE-DATE-TIMESTAMP:2017-02-24-17.07.45.661055 MOBILE-PHONE-INDICATOR:N |
| 11/03/17 | EDI | Trans Code:PR~~Current and previous phone numbers~~ Note:  WORKGROUP:CL1WEL ACCOUNT-NUMBER |

**WWR017**

```
Date     UserCd  Converted Notes:
-------- ------  ------------------------------------------------
                 :6011208965869640 PHONE-TYPE-CODE:3 PHONE-NUMBER:309472515000000 INACTIVE-DATE-TIMESTAMP:2
                 017-03-31-19.45.15.788376 MOBILE-PHONE-INDICATOR:Y
11/03/17 EDI     Trans Code:PR~~Current and previous phone numbers~~ Note:  WORKGROUP:CL1WEL ACCOUNT-NUMBER
                 :6011208965869640 PHONE-TYPE-CODE:2 PHONE-NUMBER:309692630800000 INACTIVE-DATE-TIMESTAMP:2
                 017-02-27-10.30.23.483288 MOBILE-PHONE-INDICATOR:N
11/03/17 EDI     Trans Code:PR~~Current and previous phone numbers~~ Note:  WORKGROUP:CL1WEL ACCOUNT-NUMBER
                 :6011208965869640 PHONE-TYPE-CODE:3 PHONE-NUMBER:309694650100000 INACTIVE-DATE-TIMESTAMP:2
                 017-01-17-16.00.12.630847 MOBILE-PHONE-INDICATOR:N
11/03/17 EDI     Trans Code:PR~~Current and previous phone numbers~~ Note:  WORKGROUP:CL1WEL ACCOUNT-NUMBER
                 :6011208965869640 PHONE-TYPE-CODE:1 PHONE-NUMBER:309694688500000
11/03/17 EDI     Trans Code:PR~~Current and previous phone numbers~~ Note:  WORKGROUP:CL1WEL ACCOUNT-NUMBER
                 :6011208965869640 PHONE-TYPE-CODE:O PHONE-NUMBER:309826472400000 INACTIVE-DATE-TIMESTAMP:2
                 017-02-03-20.53.20.518769 MOBILE-PHONE-INDICATOR:Y
11/03/17 EDI     Trans Code:AD~~Current and previous addresses~~ Note:  WORKGROUP:CL1WEL ACCOUNT-NUMBER:601
                 1208965869640 ADDRESS-TYPE:R ADDRESS-1:144 FAWN HAVEN DR CITY:EAST PEORIA STATE:IL ZIP-COD
                 E:616111878
11/03/17 SYS     Status changed from  to 2000
11/03/17 SYS     NBDJ-New Business Debit Adjustment $5,553.04   PRN: 5553.04
11/03/17 SYS     New business balances have been added.
11/03/17 SYS     Contact Level changed from ARCEASE to AROPEN
11/03/17 SYS     Client Deparment=107
11/03/17 SYS     Status changed from 2000 to 3NEW
11/03/17 SYS     Relationship Office ID changed from 7 to 1
11/03/17 SYS     Status changed to 2000.
11/03/17 SYS     The account approval is complete.
11/03/17 SYS     Trans Code:DTL~~Maintenance Detail~~ Note:  DTL-TABLE-NAME:cnsmr_accnt DTL-FIELD-NAME:cnsm
                 r_accnt_tag DTL-NEW-VALUE:VENDPLAC DTL-DT-OF-CHANGE:20171103 DTL-USER-ID:system
11/03/17 BNKO    SENT TO BANKO AND SCRA
11/03/17 DOD     === DEBBIE     *P sent to Dolan-Date of Death search
11/03/17 OSC     ACCOUNT SELECTED FOR OSC CONVERSION
11/03/17 F001    Account assigned to H3T
11/03/17 F001    Acct office changed from 7 TO 1
11/03/17 U112    REASON FOR UPDATE: ACCOUNT NEWLY LOADED
11/03/17 U112    SOL DATE CHANGED FROM: 00000000 TO: 20220510
11/03/17 U112    UPDATE BASED ON: CLPMT  DATE:  20170511
11/03/17 SYS     WREXECBREQ: Credit Bureau Auto Request For DEBBIE H LAMPERT
11/03/17 SYS     Link Service Request made for vendor code TU, service code TU40BROCOL.
11/03/17 SYS     Link Request Successfully sent to Link server for Responsible Party DEBBIE H LAMPERT. (Req
                 uest ID = 14878973,Service Type = TU40BROCOL)
11/03/17 SYS     Link service request returned from vendor Trans Union[TU], for service TU40BROCOL for the
                 Responsible Party DEBBIE H LAMPERT.
11/03/17 sys     DEBBIE H LAMPERT CBR Fielded Birth Day is:
11/04/17 SYS     SOL Date changed from  to 05/10/2022
11/04/17 BNKO    LAMPERT, DEBBIE H  NO Bankruptcy as of 11/04/201
11/04/17 BNKO    There is no message to delete.
11/04/17 DOD     LAMPERT, DEBBIE H No Date of Death as of 11/04/2017
11/04/17 SYS     LAMPEDE07HA00 SCRA SCRUB: DMDC DOES NOT POSSESS ANY INFO; NF-Data Not Found
11/04/17 SYS     Credit Score Only Requested on: DEBBIE H LAMPERT Result: Score Only Returned on: 11/04/201
                 7
11/04/17 SYS     Document type SCRA sent to client on 11/04/2017 at 18:02:06
11/04/17 SYS     SCRA (1) Document a Result of RECV posted by WWR
11/06/17 SYS     CELL PHONE SCRUB COMPLETE FOR: DEBBIE H LAMPERT, Phone Number: 309-694-6885, (Cell=N) on 1
                 1/03/2017.
11/06/17 SYS     CELL PHONE SCRUB COMPLETE FOR: DEBBIE H LAMPERT, Phone Number: 309-694-6885, (Cell=N) on 1
                 1/03/2017.
11/06/17 DFR     Removed from dialing campaign (pool) 271,2323.
```

**WWR018**

```
Date     UserCd  Converted Notes:
-------- ------  ------------------------------------------------
11/06/17 BFT     Status changed from 3NEW to 3HLD
11/07/17 SYS     Trans Code:DTL~~Maintenance Detail~~ Note:  DTL-TABLE-NAME:UDEFVI_LEGAL DTL-FIELD-NAME:UDE
                 FStatOfLtdDate DTL-NEW-VALUE:20220510 DTL-DT-OF-CHANGE:20171106
11/07/17 SYS     Trans Code:DTL~~Maintenance Detail~~ Note:  DTL-TABLE-NAME:UDEFVINB_LITIGATION DTL-FIELD-N
                 AME:UDEFDate_Desc DTL-NEW-VALUE:Statute of Limitation DTL-DT-OF-CHANGE:20171106
11/07/17 SYS     Trans Code:DTL~~Maintenance Detail~~ Note:  DTL-TABLE-NAME:UDEFVINB_LITIGATION DTL-FIELD-N
                 AME:UDEFDate DTL-NEW-VALUE:20220510 DTL-DT-OF-CHANGE:20171106
11/07/17 SYS     Trans Code:DTL~~Maintenance Detail~~ Note:  DTL-TABLE-NAME:UDEFVI_LEGAL DTL-FIELD-NAME:UDE
                 FVJSuitDate DTL-DT-OF-CHANGE:20171107
11/09/17 SYS     TAC (1) Document a Result of RECV posted by WWR
11/13/17 SYS     STMT (1) Document a Result of RECV posted by WWR
11/15/17 AGA     AVA - OALD STANDARDS NOT MET - STMT DOES NOT MATCH ACCT BAL
11/17/17 JPR     Suit Audit Window changed by: JPR
11/17/17 JPR     Suit Audit Reject Reason: Awaiting Clt. (3DRL).
11/17/17 JPR     MISSING DOCS: POST C/O STMT - NEED STMT TO MATCH BAL FOR SUIT - ADDED ACCT TO SPREADSHEET
                 TO BE REQUESTED 11/17/17
11/17/17 DRB     Task DOCREQ added for user CM2 (supervisor JIR) for 11/17/2017 with instructions POST C/O
                 STMT
11/17/17 DRB     *TASK* (137937529) Created Task for DEBBIE H LAMPERT With Action=DOCREQ, User=CM2, Wait Da
                 te=12/01/2017. Instructions=POST C/O STMT
11/21/17 SYS     Status changed from 3HLD to 3IWK
11/21/17 SYS     Letter 323 requested.
11/21/17 SYS     WREXEDISCPROCHFA: Requesting Letter 323.
11/21/17 NPR     AVA - OALD VERIFIED FOR DEMAND LETTER VIA CONVOKE
11/22/17 SYS     PL95 Flag changed from  to Y
11/22/17 SYS     Letter 323 printed on 11/22/2017  3:58AM
11/22/17 SYS     Link service request returned from vendor DANTOM Systems, Inc[DT], for service DTNCOA for
                 the Responsible Party DEBBIE H LAMPERT, Account #31171159.
11/22/17 LTP     WRDTVNDRET: Vendor Link Returned for DEBBIE H LAMPERT (POR) TYPE STND
11/22/17 SYS     Document type DMLT sent to client on 11/22/2017 at 12:31:14
11/22/17 SYS     DMLT (1) Document a Result of RECV posted by WWR
11/27/17 LTP     WRIMPVNDCNF: Letter 323 Mail Dropped by Letter Program 2017/11/25 09:23 AM (WWR#31171159 -
                 Rel#137846571) for DEBBIE H LAMPERT (POR)
11/27/17 SHT     CLLD POR 309-694-6885 NOT IN SERVICE
11/27/17 SHT     Status changed from 3IWK to 3NEW
11/27/17 SHT     Called Phone: 3096946885, Contact Code: WRG, Type of Phone Called: POR
11/27/17 SHT     clld 309-372-5150 NOT IN SERVICE...CLLD 309-473-5150 N/A... CLLD 309-692-6308 NOT IN SERVI
                 CE...CLLD 309-694-6501 NOT IN SERVICE
11/27/17 SHT     Primary Phone Flag changed from  to B
11/27/17 SHT     Alternate Phone changed from  to 309-472-5150
11/27/17 SHT     Called Phone: 3093725150, Contact Code: WRG, Type of Phone Called: POR
11/27/17 SHT     Called Phone: 3096926308, Contact Code: WRG, Type of Phone Called: OTH
11/27/17 SHT     Called Phone: 3096946501, Contact Code: WRG, Type of Phone Called: OTH
11/28/17 SYS     Status changed from 3NEW to 3UN3
11/28/17 SYS     CELL PHONE SCRUB COMPLETE FOR: DEBBIE H LAMPERT, Phone Number: 309-472-5150, (Cell=Y) on 1
                 1/27/2017.
11/29/17 SHT     CLLD ALT NUM 309--472-5150 VM FUULL
11/29/17 SHT     Removed from dialing campaign (pool) 140,2323.
11/29/17 SHT     Called Phone: 3094725150, Contact Code: NOC, Type of Phone Called: ALT
12/04/17 SYS     Status changed from 3UN3 to 3UN6
12/04/17 AJO     *TASK* (137937529) Task Closed.  Action=DOCREQ, Owner=CM2, Wait Date=12/01/2017
12/04/17 SYS     Document type AFVT sent to client on 12/04/2017 at 18:31:24
12/04/17 SYS     AFVT (1) Document a Result of RECV posted by WWR
12/05/17 LLN     Created Action Code Entry *AFR Affidavit Received for DEBBIE H LAMPERT
12/05/17 LLN     CLT AFF REC'D 12/05/2017. Executed FWD TO: LAD
12/05/17 SHT     Removed from dialing campaign (pool) 140,2323.
```

**WWR019**

```
Date      UserCd  Converted Notes:
--------  ------  ------------------------------------------------
12/05/17  SHT     CLLD ALT NUM 309-472-5150 VM FULL
12/05/17  SHT     Called Phone: 3094725150, Contact Code: NOC, Type of Phone Called: ALT
12/14/17  SYS     Removed from dialing campaign (pool) 140,2323.
12/14/17  SYS     Status changed from 3UN6 to 0400
12/14/17  SYS     WREXESTARTSUIT: Status changed from 3UN6 to 0400.
12/14/17  AGA     AF2 CONFIRMS DEBBIE H LAMPERT AT 144 FAWN HAVEN DR EAST PEORIA IL 616111878 RESIDES IN FON
                  DULAC TOWNSHIP, TAZEWELL COUNTY, ILLINOIS
12/20/17  SHT     CLLD ALT NUM 309-472-5150  LMM
12/20/17  SHT     Removed from dialing campaign (pool) 528,546,250.
12/20/17  SHT     Called Phone: 3094725150, Contact Code: LMM, Type of Phone Called: ALT
12/22/17  JPR     Status Change - WRSA4000 has been changed to Y
12/22/17  JPR     Status changed from 4000 to 4NEW
12/22/17  JPR     Relationship Office ID changed from 1 to 9
12/22/17  JPR     Removed from dialing campaign (pool) 528,250.
12/22/17  JPR     Have Needed Documents Flag changed from:  to: Y.
12/22/17  JPR     Status 4000 updated from  to: Y.
12/22/17  JPR     Status changed from 0400 to 4000
12/22/17  JPR     Suit Audit Window changed by: JPR
12/22/17  JPR     *TASK* (138110049) Created Task for DEBBIE H LAMPERT With Action=SUIT, User=CHI, Wait Date
                  =12/23/2017. Instructions=STMT AND TAC
12/22/17  JPR     Task SUIT added for user CHI (supervisor RMO) for 12/22/2017 with instructions STMT AND TA
                  C
12/22/17  JPR     REF ACCT TO PROC FOR SUIT ON DEBBIE  FWD AFVT TO RMO IN CHI - COPY SAVED TO AX
12/22/17  F001    Account assigned to H94
12/22/17  F001    Acct office changed from 1 TO 9
12/27/17  MEW     Removed from dialing campaign (pool) 460.
12/27/17  S9W     Rent/Own Status changed from  to O
12/27/17  S9W     Called Phone: 3094725150, Contact Code: LMM, Type of Phone Called: ALT
12/27/17  S9W     Status changed from 4NEW to 4SUT
12/28/17  BST     SCRA: DMDC DOES NOT POSSESS ANY INFO AS TO DEBBIE H LAMPERT ACTIVE DUTY MILITARY SERVICE
12/28/17  BST     AF2 CONFIRMS DEBBIE H LAMPERT AT 144 FAWN HAVEN DR EAST PEORIA IL 61611 RESIDES IN FONDULA
                  C TOWNSHIP, TAZEWELL COUNTY, ILLINOIS
12/28/17  RMO     *TASK* (138110049) Task Closed.  Action=SUIT, Owner=CHI, Wait Date=12/23/2017
12/28/17  RMO     Task TSCCOMP added for user CHI (supervisor RMO) for 12/28/2017 with instructions
12/28/17  RMO     *TASK* (138128266) Created Task for DEBBIE H LAMPERT With Action=TSCCOMP, User=CHI, Wait D
                  ate=02/11/2018. Instructions=
12/28/17  RMO     *TASK* (138128399) Created Task for DEBBIE H LAMPERT With Action=SERV, User=CHI, Wait Date
                  =02/11/2018. Instructions=
12/28/17  RMO     Task SERV added for user CHI (supervisor RMO) for 12/28/2017 with instructions
12/28/17  RMO     RTO PREPD CMPT AND SCRA SCURB - FWD SAME TO ATTY TO RVW AND SIGN
12/28/17          LglExec FileDate is: 12/28/17
12/28/17  SYS     Document type SCRA sent to client on 12/28/2017 at 12:31:59
12/28/17          PREPARED CLIENT SUIT VERIFICAT           0.00          0.00
12/29/17  SYS     (Case:PA861587) Case Authorization pursued
12/29/17  SYS     (Case:PA861587) Court ID changed from  to 131023
12/29/17  SYS     (Case:PA861587) Case Caption changed from  to DEBBIE H LAMPERT
12/29/17  SYS     (Case:PA861587) Primary Relationship ID changed from  to 138129880
12/29/17  SYS     (Case:PA861587) Suit Date changed from  to 12/28/2017
12/29/17  SYS     (Case:PA861587) Case Number changed from  to PA861587
12/29/17  SYS     (Case:PA861587) Interest rate at Suit Date changed from  to 0.000
12/29/17  SYS     Account has Case Information. changed from  to Y
12/29/17  SYS     (Case Mgt:PA861587) Auth Received Date changed from  to 12/28/2017
12/29/17  SYS     (Party:DEBBIE H LAMPERT*) Status changed from  to WAITCASENUM
12/29/17  CAW     Attorney Audit, Doc Type: Complaint / Case: New Case / Meets Standards: Y / Rej Reason: N/
                  A / Comment: REVIEWED, APPROVED AND SIGNED COMPLAINT
01/10/18  BST     SCRA: DMDC DOES NOT POSSESS ANY INFO AS TO DEBBIE H LAMPERT ACTIVE DUTY MILITARY SERVICE
```

**WWR020**

```
Date: 06/19/18 15:35:33                    Account Printout                      Page 21

Date     UserCd  Converted Notes:
-------- ------  ----------------------------------------------
01/10/18 RMO     ATTY RVWD AND SIGNED CMPLT - RTO FWD CMPLT FOR EFILING IN TAZEWELL COUNTY THAN BARRISTER T
                 O SERV
01/10/18 RTO     DOCKET ADD HEARING          FOR 02/27/18 AT  930
01/10/18 SYS     Document type SCRA sent to client on 01/10/2018 at 09:32:29
01/10/18 SYS     Document type PCMP sent to client on 01/10/2018 at 12:31:43
01/10/18 SYS     PCMP (1) Document a Result of RECV posted by WWR
01/15/18 BST     SCRA: DMDC DOES NOT POSSESS ANY INFO AS TO DEBBIE H LAMPERT ACTIVE DUTY MILITARY SERVICE
01/15/18 SYS     Document type SCRA sent to client on 01/15/2018 at 09:32:36
01/16/18 S9W     *COL* TX ALT ....LM
01/16/18 S9W     Removed from dialing campaign (pool) 307,743,119.
01/16/18 S9W     Called Phone: 3094725150, Contact Code: LMM, Type of Phone Called: ALT
01/16/18 S9W     *COL* TX SLT ...LM
01/19/18 BFT     Letter 369 requested.
01/08/18 BST     SCRA: DMDC DOES NOT POSSESS ANY INFO AS TO DEBBIE H LAMPERT ACTIVE DUTY MILITARY SERVICE
01/08/18 SYS     Document type SCRA sent to client on 01/08/2018 at 15:32:21
```

**WWR021**