E-FILED
Thursday, 19 September, 2019  06:06:06 PM
Clerk, U.S. District Court, ILCD

# Exhibit B

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
TAZEWELL COUNTY

Discover Bank )
      Petitioner, )
Vs. )
                              ) CASE NO. 2018 SC 137
Debbie Lampert )
      Respondent. )

## CONTINUANCE ORDER

**Present**
- ☒ Petitioner/Plaintiff
- ☒ Respondent/Defendant D. Lampert
- ☐ Other: _____
- ☒ Attorney for Petitioner Daniel Oepke
- ☐ Attorney for Respondent _____
- ☐ Other: _____

**With good cause for a continuance being shown and**
- ☐ By agreement of the parties
- ☐ On the Plaintiff's motion
- ☒ On the Court's own motion
- ☐ On the Defendant's motion

FILED
MAR 29 2018
TAZEWELL CO.
10th JUD.    CLERK

**The Court orders:**
The next court date for this matter is __April 24, 2018__ at __9:30 AM__ for the purpose of __CMC, status of defendants hiring counsel__ and other appropriate proceedings.

☐ Defendant shall pay the entry of appearance/filing fee to the Circuit Clerk (or obtain a waiver of the fee from the Court) by _____; if this deadline is missed, the Court may enter a default judgment upon the ex parte request of the Plaintiff without further notice or hearing. The Court's denial of a request for waiver of the fee does not operate as an extension of the deadline. In other words, Defendant should apply for waiver of the fee well in advance of the deadline.

☒ All parties given a copy of this order in open court.

☒ Plaintiff ☒ Defendant ☐ Clerk to provide a copy hereof to the other party and file proof of mailing.

☐ If this continuance relates to a Citation to Discover Assets, Contempt proceedings or any other mandatory appearance, **the Responding party's failure to appear may result in the issuance of an Order of Body Attachment (ARREST WARRANT).**

Other (1) Defendant denies owing the amount claimed.
(2) trial set for May 17, 2018 at 2:30 PM

Entered: 3/29/2018
Rev 4-13

_____
Judge of the Tenth Judicial Circuit